People of the State of Illinois, Plaintiff-Appellee, v. James I. Malone, Defendant-Appellant.

Gen. No. 67–113. ■■■■■■■

Fifth District.
July 18, 1968.

■■■■■■■

Jack Johnston, of Vandalia, for appellant; Louis A. McLaughlin, of Vandalia, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.